**UNITED STATES of America, Plaintiff–Appellee**

v.

**Burvon KING, also known as Chocolate, Defendant–Appellant.**

**No. 12–11178**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 31, 2013.

Burvon King, Fort Worth, TX, pro se.

Before BARKSDALE, CLEMENT, and GRAVES, Circuit Judges.

PER CURIAM: *

Burvon King, federal prisoner # 21029–077, appeals the district court's denying

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. (He has filed several such motions previously.) King's brief is virtually identical to the motion filed in district court. The brief fails to identify any error in the denial of his § 3582(c)(2) motion. Although a *pro se* brief is afforded liberal construction, *e.g., Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir.1993), when appellant fails to identify any error in the district court's analysis, it is the same as if appellant has not appealed that issue, *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987). King has abandoned the only issue on appeal by failing to brief it adequately. *E.g., Yohey,* 985 F.2d at 224–25.

AFFIRMED.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be